UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RODNEY MONTEL SPARKAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTION (CDCR); et al.,<br><br>    Defendants.<br>_____/ | No. C 14-0664 LB<br><br>**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT**<br><br>[Re: ECF No. 15] |

Plaintiff's request for an extension of time to file his amended complaint is GRANTED. (ECF No. 15.) Plaintiff must file his amended complaint no later than **July 25, 2014**. Plaintiff is reminded that he must explain, either in his amended complaint or in a separate response he files at the same time he files his amended complaint, why this action should not be dismissed as time-barred. Failure to file the amended complaint by the deadline will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-0664 LB
ORDER